IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HASKELL | : CIVIL ACTION |
| vs. | : |
| CITY OF PHILADELPHIA, ET AL. | : NO. 02-2816 |

O R D E R

**AND NOW**, this 30th day of July, 2002, upon consideration of plaintiff's motion for reconsideration and the defendants' response, **IT IS HEREBY ORDERED** that an evidentiary hearing thereon is **SCHEDULED** for **August 13, 2002 at 4:30 p.m. in Courtroom 14-B, United States Courthouse, 601 Market Street, Philadelphia, PA  19106**.

William H. Yohn, Jr., Judge