IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HASKELL | : CIVIL ACTION |
| vs. | : |
| CITY OF PHILADELPHIA, ET AL. | : NO. 02-2816 |

O R D E R

**AND NOW**, this 13th day of August, 2002, upon consideration of plaintiff's motion for reconsideration and the City's response, and after hearing thereon, **IT IS HEREBY ORDERED** that the motion for reconsideration is **GRANTED** and the order of June 28, 2002 granting the City's motion to dismiss is **VACATED**.

**IT IS FURTHER ORDERED** that plaintiff may file an amended complaint within ten days of the date hereof without prejudice to the right of the City to file a motion to dismiss the amended complaint or to reinstate its motion to dismiss the complaint by letter request as a motion to dismiss the amended complaint.

William H. Yohn, Jr., Judge