IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL HASKELL : CIVIL ACTION

V. : NO. 02-2816

CITY OF PHILADELPHIA, ET AL. :

O R D E R

**AND NOW,** this 14th day of November, 2002, upon consideration of defendants' motion to compel discovery and self-executing disclosures and plaintiff's response thereto, **IT IS HEREBY ORDERED** that the motion is **DISMISSED WITHOUT PREJUDICE** as moot.

_____
William H. Yohn, Jr., Judge